### 35699. MILLER v. MILLER.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED DECEMBER 7, 1979 — DECIDED JANUARY 8, 1980.

*Sartain & Carey, Jack M. Carey, Oliver & Walters, James M. Walters,* for appellant.
*Robert E. Andrews,* for appellee.